## DECEMBER 23, 1982

No. 82–1022. ALABAMA FURNITURE CO. *v.* STILL, TRUSTEE, ET AL. C. A. 6th Cir. Motion of petitioner to ex-

pedite consideration of the petition for writ of certiorari denied.